

1  GEORGE A. STOHNER, SBN 214508
2  JOHN S. BATTENFELD, SBN 119513
   MIRAY GWEON, SBN 209759
3  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
   Twenty-Second Floor
4  Los Angeles, CA 90071-3132
   Tel: 213.612.2500
5  Fax: 213.612.2554

6  Attorneys for Defendant
7  H&R BLOCK FINANCIAL
   ADVISORS, INC.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  ALEX C. RO,                      Case No. CV04-0973 LGB (VBKx)

12              Plaintiff,           **STIPULATION SUBMITTING CASE
                                     TO FINAL AND BINDING
13         vs.                       ARBITRATION AND FOR
                                     DISMISSAL OF CIVIL ACTION;
14  H&R BLOCK FINANCIAL              [PROPOSED] ORDER**
    ADVISORS, INC., a Michigan
15  corporation, and DOES 1 through
    25, inclusive,
16
                Defendants.
17

18

19        This Stipulation is made by and between Plaintiff Alex C. Ro ("Ro") and

20  Defendant H&R Block Financial Advisors, Inc. ("HRBFA") (collectively, the

21  "Parties"), by and through their respective counsel of record, with respect to the

22  following:

23        1.    The Parties agree to submit the claims asserted in this action to final

24  and binding arbitration, consistent with the terms of the Employment Agreement

25  entered into by the Parties.

26        2.    The Parties agree that their dispute will be resolved pursuant to the

27  NASD Code of Arbitration Procedure, except as modified by this Stipulation.

28        3.    HRBFA will pay any arbitration fees assessed by the NASD. Ro will

1-LA/759478.1

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

X  _____ Scan
   _____ Send
   _____ Clsd
   _____ Enter
X  JS-5/JS-6
   _____ JS-2/JS-3

DOCKETED ON CM
MAR 16 2004
BY            009

1  bear all fees and expenses that he would have been required to bear if he were

2  bringing this action in court.  This Stipulation does not affect the prevailing party's

3  right to seek an award of reasonable attorneys' fees and costs to the extent

4  authorized by applicable law.

5      4.   The Parties agree that the above-captioned action be and hereby is

6  dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),

7  subject to entry by the Court of the Order on this Stipulation.  In the event it

8  becomes necessary for Ro to re-file this action in order to preserve his rights,

9  HRBFA will not assert any statute of limitations defenses based on the dismissal of

10  the action pursuant to this Stipulation.

11

12  Dated:  March 12, 2004        MORGAN, LEWIS & BOCKIUS LLP

13

14      By _____

15      John S. Battenfeld Miray Gweon
    Attorneys for Defendant

16      H&R BLOCK FINANCIAL
    ADVISORS, INC.

17

18

19  Dated:  March 12, 2004        LAW OFFICE OF ROBERT F. COHEN

20

21      By _____

22      Robert F. Cohen
    Attorney for Plaintiff

23      ALEX C. RO

24

25

26  IT IS SO ORDERED.

27  MAR 1 5, 2004        _____

28  Date        Hon. Lourdes G. Baird
    U.S. District Court Judge

1-LA/759478.1    2

# PROOF OF SERVICE

1    I, Shari Sanders-Wooten, declare:

2    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand
3    Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On March 12, 2004, I served the within document:

4    **STIPULATION SUBMITTING CASE TO FINAL**
5    **AND BINDING ARBITRATION AND FOR**
     **DISMISSAL OF CIVIL ACTION; [PROPOSED]**
6    **ORDER**

7    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
8

9    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los
10   Angeles, California addressed as set forth below.

11
     by placing the document(s) listed above in a sealed _____
12   envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.
13

14   ☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
15

16   Robert F. Cohen
     Law Office of Robert F. Cohen
17   9024 West Olympic Blvd., Suite 202
18   Beverly Hills, CA 90211

19   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the
20   U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service
21   is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
22

23   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24   Executed on March 12, 2004, at Los Angeles, California.

25   I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.
26

27   *Shari Sanders-Wooten*
     _____
28   Shari Sanders-Wooten

1-LA/762439 1